[This decision has been published in *Ohio Official Reports* at 96 Ohio St.3d 336.]

THE STATE OF OHIO, APPELLEE, *v.* BASS, APPELLANT.

[Cite as *State v. Bass*, 2002-Ohio-4725.]

*Criminal law—Appeals—Postconviction remedies—R.C. 2953.21 and 2953.23 do not govern a Crim.R. 32.1 postsentence motion to withdraw a guilty plea— Court of appeals' judgment reversed on authority of State v. Bush and cause remanded.*

(Nos. 2001-1370 and 2001-1555—Submitted August 27, 2002—Decided September 18, 2002.)

APPEAL from and CERTIFIED by the Court of Appeals for Hardin County, No. 6-2000-12, 2001-Ohio-2230.

————————————

{¶1} The judgment of the court of appeals is reversed on the authority of *State v. Bush*, 96 Ohio St.3d 235, 2002-Ohio-3993, 773 N.E.2d 522. The cause is remanded to the court of appeals so that it may properly address the merits of appellant's motion to withdraw her plea.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

Raymond F. Grove, for appellant.